UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rotenberg Companies, Inc., | Case No: 22-cv-02156-JRT-LIB |
| Plaintiff, | |
| v. | |
| Zurich American Insurance Company, | |
| Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendant hereby stipulate that this action be dismissed with prejudice and on the merits as to all claims, all causes of action, and all parties, with each party to bear its own attorney fees and costs.

**ZELLE LLP**

February 17, 2023      /s/ Dennis Anderson
Dan Millea (MN Atty. License #0245963)
Dennis Anderson (MN Atty. License #0396147)
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
612-339-2020
dmillea@zellelaw.com
danderson@zellelaw.com
*Attorneys for Defendant*

**WINTHROP & WEINSTEINE, P.A.**

February 17, 2023      /s/ Olivia Cooper
John C. Holper (MN Atty. License #0229350)
Olivia M. Cooper (MN Atty. License #0398322)
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
612-604-6400
jholper@winthrop.com
ocooper@wintrhop.com
*Attorneys for Plaintiff*