## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ROTENBERG COMPANIES, INC. | Civil No. 22-2156 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Olivia Moreland Cooper, **WINTHROP & WEINSTINE, P.A.,** 225 South 6th Street, Suite 3500, Minneapolis, MN 55402, for plaintiff.

Dennis Charles Anderson, **ZELLE LLP,** 500 Washington Avenue South, Suite 4000, Minneapolis, MN 55415, for defendant.

The parties filed a Stipulation of Dismissal. (ECF No. 13) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2023            \_\_\_s/John R. Tunheim\_\_\_\_
at Minneapolis, Minnesota                JOHN R. TUNHEIM
                         United States District Judge